JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.B.,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE KING,[1] Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 5:24-cv-00717-SHK<br><br>JUDGMENT |

It is the judgment of this Court that the Social Security Commissioner's decision is **AFFIRMED**, and this case is **DISMISSED**, without prejudice, consistent with this Court's Opinion and Order.

DATED: 02/05/2025

HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge

---

[1] Michelle King became the Acting Commissioner of Social Security on January 21, 2025. Under Federal Rule of Civil Procedure 25(d), she is automatically substituted as the Defendant in this suit.